[No. 16029. Department Two. January 10, 1921.]

THE STATE OF WASHINGTON, *Respondent,* v. MAX FAIRFIELD, *Appellant.*[1]

Appeal from a judgment of the superior court for Snohomish county, Alston, J., entered April 9, 1919, upon a trial and conviction of an attempt to rape. Affirmed.

*E. C. Dailey* and *A. E. Dailey,* for appellant.
*Thos. A. Stiger* and *Q. A. Kaune,* for respondent.

PER CURIAM.—The defendant in this case was, by verdict of the jury, found guilty of an attempt to commit forcible rape upon the person of Lydia Bush. The defendant has appealed from the judgment upon the verdict.

The only question for our consideration is the sufficiency of the evidence to justify the verdict. After reading the statement of facts we are satisfied that, if the testimony of the prosecuting witness is to be believed, there was abundant evidence to go to the jury. The credibility of the witness was solely for the jury.

There is no error in the record. The judgment must therefore be affirmed.

---

[No. 15945. *En Banc.* January 25, 1921.]

THE STATE OF WASHINGTON, *Respondent,* v. F. A. BROWN *et al.,*
*Appellants.*[2]

Appeal from a judgment of the superior court for Benton county, Truax, J., entered January 7, 1920, upon a trial and conviction of criminal syndicalism. Affirmed.

*George F. Vanderveer, Ralph S. Pierce* and *Alexander Mackel.* for appellants.

*G. W. Hamilton, The Attorney General,* and *John A. Dunbar, Assistant,* for respondent.

MAIN, J.—The defendant, by information, was charged with criminal syndicalism, tried and convicted, and prosecutes an appeal to this court.

All the questions presented upon this appeal we think have been sufficiently covered in the recent case of *State v. Hennessy, ante* p. 351, 195 Pac. 211.

ALL CONCUR.

[1]Reported in 194 Pac. 556.
[2]Reported in 195 Pac. 218.